UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRENT ALAN TOMPKINS,

Defendant.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(False Impersonation of a Federal Officer)

On or about August 1, 2023, in Emmet County, in the Western District of Michigan, Southern Division, Defendant,

BRENT ALAN TOMPKINS,

falsely assumed and pretended to be an officer and employee of the United States acting under the authority thereof, that is, a member of the U.S. Coast Guard, and in such assumed and pretended character did act as an officer and employee of the United States, in that he falsely represented that he was an employee of the Coast Guard when responding to a request for assistance in Lake Michigan.

18 U.S.C. § 912

**COUNT 2**
(Unauthorized Use of Coast Guard Insignia)

On or about August 1, 2023, in Emmet County, in the Western District of Michigan, Southern Division, Defendant,

BRENT ALAN TOMPKINS,

knowingly and without authority displayed an ensign, pennant, or other identifying insignia prescribed for, or intended to resemble, any ensign, pennant, or other identifying insignia prescribed for Coast Guard vessels. Specifically, on August 1, 2023, TOMPKINS operated a 30' decommissioned Coast Guard vessel emblazoned with a racing stripe intended to resemble the Coast Guard's insignia.

14 U.S.C. § 933(b)

**COUNT 3**

(Discharge of Pollutant into Navigable Water)

Beginning on an unknown date but no later than August 1, 2025, and continuing to on or about August 4, 2025, in Emmet County, in the Western District of Michigan, Southern Division, Defendant,

BRENT ALAN TOMPKINS,

knowingly discharged a pollutant into a navigable water from a point source when such discharge was not authorized by a permit. Specifically, TOMPKINS knowingly discharged sewage into the waters of the United States (Lake Michigan) from a point source at the White Shoal Light.

33 U.S.C. § 1311(a)
33 U.S.C. § 1319(c)(2)(A)
33 U.S.C. § 1362

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

THEODORE J. GREELEY
Assistant United States Attorney