UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRENT ALAN TOMPKINS,

Defendant.
_______________________________/

Case No. 1:26-cr-85

HONORABLE PAUL L. MALONEY

**ORDER GRANTING ENDS OF JUSTICE CONTINUANCE**

This matter is before the Court on Defendant's request for an ends of justice continuance. Currently, the final pretrial conference is scheduled for October 26, 2026, and the jury trial is scheduled for November 3, 2026. The request for a continuance was made to allow additional time to obtain and review outstanding discovery, investigate the matter, gather evidence material to the defense and consider possible defenses, and to prepare for trial. Defendant has consented to the request for a continuance (ECF No. 16). The Government does not oppose the request (ECF No. 13, PageID.32).

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Having considered the factors under § 3161(h)(7)(B) and the circumstances set forth in the motion, the Court finds that the additional time needed is warranted, and a miscarriage of justice would result absent the continuance. *See* 18 U.S.C. § 3161(h)(7)(B)(i),(B)(iv). Therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion for Ends of Justice Continuance (ECF No. 13) is GRANTED. The final pretrial conference is rescheduled to **January 4, 2027 at 3:30 p.m.** The jury trial is rescheduled to **January 12, 2027 at 8:45 a.m.**.

Dated: October 15, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge